**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Marcus J. Bradley, Esq. (SBN 174156)
William A. Baird, Esq. (SBN 192675)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
tbaird@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

Counsel for Plaintiffs
Stacy Sciortino and Arielle Weinstock

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SCIORTINO and ARIELLE WEINSTOCK,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.,<br><br>        Defendant. | CASE NO. 3:14-CV-00478 (EMC)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date:    May 29, 2014<br>Proposed New Date:   July 10, 2014<br><br>AND RELATED CASES:<br><br>*Cortina* v. *PepsiCo,* Case No. 14-2023-EMC<br>*Granados v. PepsiCo,* Case No. 14-1316-EMC<br>*Ibusuki v. PepsiCo,* Case No. 14-1193-EMC<br>*Ree v. PepsiCo,* Case No. 14-1192-EMC<br>*Aourout v. PepsiCo*, Case No. 14-1105-EMC<br>*Hall v. PepsiCo,* Case, No. 14-01099-EMC<br>*Langley v. PepsiCo*, Case No. 14-713-EMC |

**1**  WHEREAS, the following cases have been filed against Defendant PepsiCo, Inc.
**2**  ("Defendant"), involving common questions of fact and law regarding the alleged presence of 4-
**3**  Methylimidazole in certain of Defendant's products:
**4**         1.      *Cortina v. PepsiCo, Inc.*, No. 14-2023-EMC (N.D. Cal., filed Jan. 23, 2014);
**5**         2.      *Sciortino v. PepsiCo, Inc.*, No. 14-478-EMC (N.D. Cal., filed Jan. 31, 2014);
**6**         3.      *Riva v. PepsiCo, Inc.*, No. 14-2020-RS (N.D. Cal., filed Feb. 13, 2014);[1]
**7**         4.      *Langley v. PepsiCo, Inc.*, No. 14-713-EMC (N.D. Cal., filed Feb. 14, 2014);
**8**         5.      *Aourout v. PepsiCo, Inc.*, No. 14-1105-EMC (N.D. Cal., filed Feb. 14, 2014);
**9**         6.      *Ree v. PepsiCo, Inc.*, No. 14-1192-EMC (N.D. Cal., filed Mar. 4, 2014);
**10**        7.      *Hall v. PepsiCo, Inc.*, No. 14-1099-EMC (N.D. Cal., filed Mar. 7, 2014);
**11**        8.      *Ibusuki v. PepsiCo, Inc.*, No. 14-1193-EMC (N.D. Cal., filed Mar. 7, 2014); and
**12**        9.      *Granados v. PepsiCo, Inc.*, No. 14-1316-EMC (N.D. Cal., filed Mar. 14, 2014).
**13** WHEREAS, a Case Management Conference is currently scheduled for May 29, 2014, in
**14** all of the above cases except the *Cortina* and *Riva* actions;
**15** WHEREAS, the parties have agreed to file the instant stipulation in lieu of a Case
**16** Management Statement;
**17** WHEREAS, Defendant has filed a Motion to Relate Cases in order to relate the *Riva*
**18** action to the actions already pending before the Honorable Edward M. Chen;
**19** WHEREAS, Plaintiffs in a majority of the above actions intend to file a Motion to
**20** Consolidate and a Motion for Appointment of Interim Co-Lead Counsel with a noticed hearing
**21** date of July 10, 2014;
**22** WHEREAS, mindful of the Court's normal calendar schedule for hearing Civil Motions
**23** and Case Management Conferences, the parties propose, in the interests of efficiency and judicial

---

[1] The *Riva* action was originally filed in the Southern District of California, but was transferred to the Northern District upon a Motion to Transfer filed by Defendant. *Riva v. PepsiCo, Inc.*, No. 14-2020-RS (N.D. Cal., filed Feb. 13, 2014) Order [ECF 20]. Defendant has filed a motion to relate this case before this Court. *See Sciortino v. PepsiCo, Inc.,* No. 14-478-EMC (N.D. Cal., filed Jan. 31, 2014) Motions to Relate [ECF 36].

economy, that the Court hear Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel and the Case Management Conference on July 10, 2014, at 1:30 p.m.;

WHEREAS, the parties have stipulated that Defendant has until 45 days from the date Plaintiffs file a Consolidated Amended Complaint, or such other date that this Court may order, to respond to the complaint.  [ECF 31.]

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned parties that:

1. The Court shall continue the Case Management Conference currently scheduled for May 29, 2014, and hear both Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel and the Case Management Conference on July 10, 2014, at 1:30 p.m.; and

2. The Parties shall file a Joint Case Management Statement by July 3, 2014.

**IT IS SO STIPULATED.**

DATED: May 23, 2014  **MARLIN & SALTZMAN**

By: _/s/ Willaim A. Baird_
WILLIAM A. BAIRD
Attorneys for Plaintiffs Stacy Sciortino and Arielle Weinstock

DATED: May 23, 2014  **LAW OFFICE OF JACK FITZGERALD PC**

By: _/s/ John J. Fitzgerald_
JOHN J. FITZGERALD
Attorneys for Plaintiff Thamar Santisteban Cortina

DATED: May 23, 2014  **TOSTRUD LAW GROUP, PC**

By: _/s/ Jon Tostrud_
JON TOSTRUD
Attorneys for Plaintiff Williamson Granados

| | | |
|---|---|---|
| 1 | DATED: May 23, 2014 | **KIRTLAND & PACKARD LLP** |
| 3 | | By: _/s/ Michael Louis Kelly_ |
| 4 | | MICHAEL LOUIS KELLY<br>Attorneys for Plaintiff Kent Ibusuki |
| 5 | DATED: May 23, 2014 | **GLANCY BINKOW & GOLDBERG LLP** |
| 7 | | By: _/s/ Marc L. Godino_ |
| 8 | | MARC L. GODINO<br>Attorneys for Plaintiff Kelly Ree |
| 9 | DATED: May 23, 2014 | **SEEGER WEISS LLP** |
| 11 | | By: _/s/ Jonathan Shub_ |
| 12 | | JONATHAN SHUB<br>Attorneys for Plaintiff Souzan Aourout |
| 14 | DATED: May 23, 2014 | **PEARSON, SIMON & WARSHAW, LLP** |
| 16 | | By: _/s/ Daniel L. Warshaw_ |
| | | DANIEL L. WARSHAW |
| 17 | | -and- |
| 19 | | **HALUNEN & ASSOCIATES**<br>Melissa Wolchansky |
| 20 | | Attorneys for Plaintiff Mary Hall, on behalf of herself and all others similarly situated |
| 23 | DATED: May 23, 2014 | **THE MEHDI FIRM, PC** |
| 25 | | By: _/s/ Azra Mehdi_ |
| | | AZRA MEHDI<br>Attorneys for Plaintiff Regina Langley |

859519.2                                       4                              3:14-CV-00478
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: May 23, 2014                    **GIBSON, DUNN & CRUTCHER LLP**

2

3                                         By:   */s/ Christopher Chorba*
                                                CHRISTOPHER CHORBA
4                                         Attorneys for Defendant PepsiCo, Inc.

5

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

7

8  Dated:  5/27/14
                                          _____
9                                         Honorable Edward M. Chen
                                          United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

**FILER'S ATTESTATION**

I, William A. Baird, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**. I hereby attest that the counsel listed above concur in this filing.

DATED: May 23, 2014

*/s/ William A. Baird*
WILLIAM A. BAIRD