LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
MARC L. GODINO (#182689)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

DANIEL L. WARSHAW (#185365)
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
Telephone:(818) 788-8300
Facsimile: (818) 788-8104
Email: dwarshaw@pswlaw.com

*Counsel for Plaintiffs Kelly Ree and Mary Hall
and Proposed  Interim Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SCIORTINO and ARIELLE WEINSTOCK,<br><br>            Plaintiffs,<br><br>    v.<br><br>PEPSICO, INC.,<br><br>            Defendant. | CASE NO.  14-cv-00478-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER REGARDING CONSOLIDATING CASES** (except C14-713 and C14-2020)<br><br>AND RELATED CASES:<br><br>*Cortina v. PepsiCo*, Case No. 14-2023-EMC<br>*Granados v. PepsiCo*, Case No. 14-1316-EMC<br>*Ibusuki v. PepsiCo*, Case No. 14-1193-EMC<br>*Ree v. PepsiCo*, Case No. 14-1192-EMC<br>*Aourout v. PepsiCo*, Case No. 14-1105-EMC<br>*Hall v. PepsiCo*, Case, No. 14-1099-EMC<br>*Langley v. PepsiCo*, Case No. 14-713-EMC<br>*Riva v. PepsiCo*, Case No. 14-2020-EMC |

859856.1     STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATING CASES

WHEREAS, plaintiffs have brought nine consumer class actions on behalf of themselves and a proposed class of persons who bought certain products manufactured by Defendant PepsiCo, Inc. ("Pepsi" or Defendant") containing 4-methylimidazole ("4-MEI")[1];

WHEREAS, plaintiffs in the nine actions all allege that Pepsi sold products containing 4-MEI in violation of California's Safe Drinking Water and Toxic Enforcement Act of 1986 ("Proposition 65");

WHEREAS, all nine actions filed to date involve common questions of law and fact against the same Defendant, allege similar claims based on the same common conduct, and seek class certification;

WHEREAS, the Court has already deemed the nine actions related;[2]

WHEREAS, on June 6, 2014, counsel for Plaintiffs Kelly Ree and Mary Hall filed a Motion for Appointment of Interim Co-Lead Counsel with the support of counsel from seven of the nine actions,[3] Docket Entry No. 42;

WHEREAS, plaintiffs in seven of the actions (the *Sciortino*, *Cortina*, *Granados*, *Ibusuki*, *Ree*, *Aourout* and *Hall* actions) and Defendant (the "Stipulating Parties") are in agreement that these cases should be consolidated for all purposes, pursuant to Federal Rule of Civil Procedure 42(a) because these actions all involve common issues of law and fact;

---

[1] The nine actions are as follows: *Sciortino v. PepsiCo*, Case No. 14-cv-00478-EMC; *Cortina v. PepsiCo*, Case No. 14-2023-EMC; *Granados v. PepsiCo*, Case No. 14-1316-EMC; *Ibusuki v. PepsiCo*, Case No. 14-1193-EMC; *Ree v. PepsiCo*, Case No. 14-1192-EMC; *Aourout v. PepsiCo*, Case No. 14-1105-EMC; *Hall v. PepsiCo*, Case, No. 14-1099-EMC; *Langley v. PepsiCo*, Case No. 14-713-EMC; *Riva v. PepsiCo*, Case No. 14-2020-EMC.

[2] *See* Docket Entry Nos. 17 (*Langley*), 25 (*Hall*), 27 (*Ree*), 28 (*Ibusuki*), 30 (*Granados*), 37 (*Cortina*), 34 (*Riva),* and 21 (*Aourout)*.

[3] The only firms who do not support this motion are The Katriel Law Firm and Krause Kalfayan Benink & Slavens, LLP (counsel in *Riva v. PepsiCo*, Case No. 14-2020-RMC) and The Mehdi Firm (counsel in *Langley v. PepsiCo*, Case No. 14-713-EMC). These firms filed their own motion for appointment of lead counsel.

859856.1

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATING CASES

1

WHEREAS, the Stipulating Parties are also in agreement that the *Riva* and *Langley* actions should be consolidated, even though counsel for *Riva* and *Langley* have not consented to consolidation and therefore are not signatories to this stipulation; and

WHEREAS, Defendant agrees to consolidation for pretrial purposes but it expressly reserves all of its objections to class certification, including but not limited to the absence of common questions susceptible to common answers, *see Wal-Mart Stores, Inc. v. Dukes*, 131 S. Ct. 2541, 2551, 180 L. Ed. 2d 374 (2011), and that common questions do not predominate over individualized questions, *see* Fed. R. Civ. P. 23(b)(3) and *Comcast Corporation v. Behrend*, 133 S. Ct. 1426 (2013).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the Stipulating Parties, through their respective counsel as follows:

1. The *Sciortino*, *Cortina*, *Granados*, *Ibusuki*, *Ree*, *Aourout* and *Hall* actions are consolidated for all purposes, pursuant to Federal Rule of Civil Procedure 42(a) (collectively, the "Consolidated Action").

2. Each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court shall be consolidated with the Consolidated Action.

3. An original of this Order shall be filed by the Clerk in the Master File.

4. Every pleading in the Consolidated Action shall have the caption of the *Sciortino* action.

**IT IS SO STIPULATED**

Dated: June 18, 2014            **GLANCY BINKOW & GOLDBERG LLP**

By: */s/ Marc L. Godino*
Marc L. Godino

Attorneys for Plaintiff Kelly Ree and Proposed Interim Co-Lead Counsel for the Class

859856.1

STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATING CASES
2

| | |
|---|---|
| Dated: June 18, 2014 | **PEARSON, SIMON & WARSHAW, LLP** |
| | By: */s/ Daniel L. Warshaw* <br> Daniel L. Warshaw |
| | Attorneys for Plaintiff Mary Hall and Proposed Interim Co-Lead Counsel for the Class |
| Dated: June 18, 2014 | **MARLIN & SALTZMAN** |
| | By: */s/ William A. Baird* <br> William A. Baird |
| | Attorneys for Plaintiffs Stacy Sciortino and Arielle Weinstock |
| Dated: June 18, 2014 | **LAW OFFICE OF JACK FITZGERALD PC** |
| | By: */s/ John J. Fitzgerald* <br> John J. Fitzgerald |
| | Attorneys for Plaintiff Thamar Santisteban Cortina |
| Dated: June 18, 2014 | **TOSTRUD LAW GROUP, PC** |
| | By: */s/ Jon Tostrud* <br> Jon Tostrud |
| | Attorneys for Plaintiff Williamson Granados |
| Dated: June 18, 2014 | **KIRTLAND & PACKARD LLP** |
| | By: */s/ Michael Louis Kelly* <br> Michael Louis Kelly |
| | Attorneys for Plaintiff Kent Ibusuki |

| | | |
|---|---|---|
| 1 | Dated: June 18, 2014 | **SEEGER WEISS LLP** |
| 2 | | By: */s/ Jonathan Shub* |
| 3 | | Jonathan Shub |
| 4 | | Attorneys for Plaintiff Souzan Aourout |
| 5 | | |
| 6 | Dated: June 18, 2014 | **GIBSON, DUNN & CRUTCHER LLP** |
| 7 | | |
| 8 | | By: */s/ Christopher Chorba*<br>Christopher Chorba |
| 9 | | |
| 10 | | Attorneys for Defendant PepsiCo, Inc. |

**FILER'S ATTESTATION**

I, Daniel L. Warshaw, am the ECF user whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATING CASES**. I hereby attest that the counsel listed above concur in this filing.

DATED: June 18, 2014         */s/ Daniel L. Warshaw*
                              DANIEL L. WARSHAW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** All cases are consolidated except for C14-713 EMC and C14-2020 EMC are not consolidated.

Dated: June 20, 2014         _____
                              Honorable Edward M. Chen
                              United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

859856.1