1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  STACY SCIORTINO *et al.*, | Case No. 14-478-EMC, *consolidated for pretrial purposes with* Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2020, 14-2023 |
| 13              Plaintiffs, | |
| 14      v. | **CLASS ACTION** |
| 15  PEPSICO, INC., | **[~~PROPOSED~~] ORDER TO ADVANCE STATUS CONFERENCE AND CONTINUE TIME FOR DEFENDANT PEPSICO, INC. TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| 16              Defendant. | |
| 17 | |
| 18 | |
| 19 | The Honorable Edward M. Chen |

20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE AND CONTINUE TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT
Case No. 14-478-EMC

# [~~PROPOSED~~] ORDER

Having considered the parties' Stipulation To Advance Status Conference and Continue Time for Defendant PepsiCo, Inc. To Respond to Plaintiffs' Consolidated Amended Complaint, and good cause appearing, the Court hereby ORDERS as follows:

1. The parties (including Plaintiffs Riva/Ardagna) shall submit their joint report regarding the treatment of the negligence/medical monitoring claims by September 8, 2014;

2. The Court will review the joint report and if it determines that a hearing is necessary, the status conference will occur on ~~September 18~~, 2014, at ~~1:30 p.m.~~, or such other date/time as the Court may order; **September 17, 2014 at 10:30 am**

3. The time for Defendant to answer or otherwise respond to Plaintiffs' Consolidated Amended Complaint (Dkt. No. 68) shall be extended until thirty (30) days from the date this Court issues an order on how the parties should litigate any negligence or medical monitoring claim.

IT IS SO ORDERED.

DATED: __8/27/14__

_____
The Honorable Edward M. Chen
United States District Court Judge

---

1

[PROPOSED] ORDER TO ADVANCE STATUS CONFERENCE AND CONTINUE TIME TO RESPOND TO CONSOLIDATED AMENDED COMPLAINT
Case No. 14-478-EMC

Gibson, Dunn & Crutcher LLP