**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SCIORTINO, *et al.*, | No. C-14-0478 EMC |
| Plaintiffs, | **CONSOLIDATED CASES** |
| v. | No. C-14-0713 EMC |
| | No. C-14-1099 EMC |
| PEPSICO, INC., | No. C-14-1105 EMC |
| | No. C-14-1192 EMC |
| Defendant. | No. C-14-1193 EMC |
| _____/ | No. C-14-1316 EMC |
| | No. C-14-2023 EMC |
| | **ORDER RE PLAINTIFFS' PROPOSED GUIDELINES TO LIMIT COSTS AND EXPENSES** |
| | **(Docket No. 70)** |

Pursuant to the Court's order (Docket No. 65), co-lead counsel in the *Sciortino* matter has filed proposed guidelines as to costs and expenses, including attorney's fees. *See* Docket No. 70. The Court has reviewed the proposed guidelines and hereby adopts them. Any costs or expenses that fall outside the guidelines set forth in Docket No. 70 shall be presumed unreasonable and shall not be compensable in any award of fees or costs.

In adopting the guidelines set forth in Docket No. 70, the Court does not deem costs or expenses that fall within the limitations to be presumptively reasonable. The Court reminds counsel

///

///

///

that it retains authority to evaluate the reasonableness of any costs or expenses requested by class counsel. Fees or costs that technically fall within the letter of the guidelines, but that are duplicative, unnecessary, or otherwise unreasonable, shall not be approved.

This order disposes of Docket No. 70.

IT IS SO ORDERED.

Dated: September 18, 2014

_____
EDWARD M. CHEN
United States District Judge