1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

12 | STACY SCIORTINO *et al., on behalf of herself and all others similarly situated*, | Case No. 3:14-CV-478 (EMC)
13 |                                   Plaintiffs, | **CLASS ACTION**
14 |           v. | **[PR~~OP~~OSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT PEPSICO TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**
15 | PEPSICO, INC., |
16 |                                   Defendant. |
17 | | The Honorable Edward M. Chen

18
19
20
21
22
23
24
25
26
27
28

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT PEPSICO TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No. 3:14-CV-478 (EMC)

# [PR~~OPOS~~ED] ORDER

Having considered the parties' Stipulation To Set Briefing Schedule for Defendant PepsiCo To Respond to Plaintiffs' Consolidated Amended Complaint, the Court hereby APPROVES the Stipulation and orders as follows:

1. Defendant shall file its motion to dismiss and/or other response to the Consolidated Amended Complaint no later than October 24, 2014;

2. Plaintiffs' Opposition, if any, to Defendant's motion shall be due on December 8, 2014;

3. Defendant's Reply, if any, shall be due on January 7, 201~~4~~ 15;

4. The hearing on Defendant's motion shall be held on January 29, 2015, at 1:30 p.m. or such other date and time as the Court may order; and

5. The Case Management Conference currently scheduled for November 20, 2014 is continued until January 29, 2015 at 1:30 p.m., or such other date and time as the Court may order.

IT IS SO ORDERED.

DATED: 9/26/14



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR DEFENDANT PEPSICO TO RESPOND TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No. 3:14-CV-478 (EMC)

Gibson, Dunn & Crutcher LLP