UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PEPSICO, INC., <br><br> Defendant. | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023 <br><br> **PUTATIVE CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** <br><br> Hearing <br> Date:  January 29, 2015 <br> Time:  1:30 p.m. <br> Courtroom:  5D <br> The Hon. Edward M. Chen |

# [PROPOSED] ORDER

Having fully reviewed and considered Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, including all supporting and opposing papers, and the augments presented at the hearing on the Motion,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint is GRANTED, and that this action is hereby DISMISSED in its entirety and WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 12(b)(6), each side to bear its own costs.

**IT IS SO ORDERED.**

Dated: _____

The Honorable Edward M. Chen
United States District Court Judge