1   GIBSON, DUNN & CRUTCHER LLP
    ANDREW S. TULUMELLO, SBN 196484
2   ATulumello@gibsondunn.com
    1050 Connecticut Avenue, N.W.
3   Washington, DC 20036-5306
    Telephone: 202.955.8500
4   Facsimile: 202.467.0539

5   GIBSON, DUNN & CRUTCHER LLP
    CHRISTOPHER CHORBA, SBN 216692
6   CChorba@gibsondunn.com
    SAPNA D. PANDYA, SBN 266882
7   SPandya@gibsondunn.com
    LAUREN M. BLAS, SBN 296823
8   LBlas@gibsondunn.com
    333 South Grand Avenue
9   Los Angeles, CA 90071-3197
    Telephone: 213.229.7000
10  Facsimile: 213.229.7520

11  ARNOLD & PORTER LLP
    TRENTON H. NORRIS, SBN 164781
12  Trent.Norris@aporter.com
    SARAH ESMAILI, SBN 206053
13  Sarah.Esmaili@aporter.com
    Three Embarcadero Center, 10th Floor
14  San Francisco, CA 94111
    Telephone: 415.471.3100
15  Facsimile: 415.471.3400

16  *Attorneys for Defendant PepsiCo, Inc.*

17                  UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19                  SAN FRANCISCO DIVISION

20  STACY SCIORTINO, *et al.*, on behalf of      CASE NO. 14-CV-478-EMC,
    themselves and all others similarly situated,  consolidated for pre-trial purposes with
21                                                 Case Nos. 14-713, 14-1099, 14-1105,
                    Plaintiffs,                    14-1192, 14-1193, 14-1316, 14-2023
22
         v.                                        **PUTATIVE CLASS ACTION**
23
    PEPSICO, INC., a North Carolina Corporation,   **STIPULATION AND [P~~ROPO~~SED]**
24                                                 **ORDER RE-SETTING HEARING ON**
                    Defendant.                     **DEFENDANT PEPSICO, INC.'S**
25                                                 **MOTION TO DISMISS PLAINTIFFS'**
                                                   **CONSOLIDATED AMENDED**
26                                                 **COMPLAINT FROM JANUARY 29, 2015**
                                                   **TO FEBRUARY 12, 2015**
27
                                                   The Honorable Edward M. Chen
28

---

STIPULATION AND [PROPOSED] ORDER RE: HEARING ON DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

**STIPULATION**

WHEREAS, on August 25, 2014, Plaintiffs filed their Consolidated Amended Complaint;

WHEREAS, on October 24, 2014, Defendant PepsiCo, Inc. filed its Motion to Dismiss Plaintiffs' Consolidated Amended Complaint;

WHEREAS, Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint is presently scheduled to be heard on January 29, 2015 at 1:30 p.m.;

WHEREAS, due to a scheduling conflict of certain defense counsel, the parties have agreed to seek to re-set the hearing on Defendant's Motion to Dismiss from January 29, 2015 to February 12, 2015; and

WHEREAS, this stipulation will not alter the date of any other event or deadline already fixed by the Court or the parties;

NOW THEREFORE, the parties stipulate that, subject to Court approval, the hearing on Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint shall be re-set to February 12, 2015 at 1:30 p.m., or as soon thereafter as the Court may order.

IT IS SO STIPULATED.

Dated:  January 21, 2015                    Respectfully submitted,

                                            ARNOLD & PORTER LLP


                                            By:*/s/ Trenton H. Norris*
                                                 TRENTON H. NORRIS

                                                 *Attorneys for Defendant PepsiCo, Inc.*

Dated:  January 21, 2015                    PEARSON, SIMON & WARSHAW, LLP


                                            By: */s/ Daniel L. Warshaw*
                                                 DANIEL L. WARSHAW

                                                 *Interim Co-Lead Counsel for Plaintiffs*

                                            GLANCY BINKOW & GOLDBERG LLP
                                            By: */s/ Marc L. Godino*
                                                 MARC GODINO

                                                 *Interim Co-Lead Counsel for Plaintiffs*

- 1 -
STIPULATION AND [PROPOSED] ORDER RE: HEARING ON DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Trenton H. Norris, attest that all signatories listed, and

on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Trenton H. Norris*
Trenton H. Norris

STIPULATION AND [PROPOSED] ORDER RE: HEARING ON DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1

### ORDER

2      Having considered the parties' stipulation, the Court hereby orders that the hearing on

3   Defendant PepsiCo, Inc's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint is re-set

4   to February 12, 2015 at 1:30 p.m.  The previously scheduled hearing date of January 29, 2015 for

5   Defendant's Motion To Dismiss Plaintiffs' Consolidated Amended Complaint is vacated.

6      IT IS SO ORDERED.

7   DATED: _____1/21/15_____          _____

8                                                     Hon. Edward M. Chen
                                                      United States District Court Judge
9

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

STIPULATION AND [PROPOSED] ORDER RE: HEARING ON DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT