BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

MARC L. GODINO (Bar No. 182689)
  info@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160

Interim Co-Lead Counsel for Plaintiffs and the Proposed Class

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STACY SCIORTINO, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC., a North Carolina Corporation,<br><br>Defendant. | CASE NO. C 14-0478-EMC<br><br>*Consolidated with* Nos. 14-0713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2020, 14-2023<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING ON DEFENDANT PEPSICO, INC.'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT FROM FEBRUARY 12, 2015 TO FEBRUARY 19, 2015**<br><br>The Honorable Edward M. Chen |

1  WHEREAS, on August 25, 2014, Plaintiffs filed their Consolidated Amended Complaint;

2  WHEREAS, on October 24, 2014, Defendant PepsiCo, Inc. filed its Motion to Dismiss
3  Plaintiffs' Consolidated Amended Complaint;

4  WHEREAS, the parties previously stipulated, and the Court ordered, that the hearing on
5  Defendant's Motion to Dismiss be re-set from January 29, 2015 to February 12, 2015 to
6  accommodate a scheduling conflict for certain defense counsel (Dkt. No. 91);

7  WHEREAS, due to a new scheduling conflict for certain Plaintiffs' counsel, the parties
8  have agreed to seek to re-set the hearing on Defendant's Motion to Dismiss from February 12,
9  2015 to February 19, 2015;

10  WHEREAS, this stipulation will not alter the date of any other event or deadline already
11  fixed by the Court or the parties;

12  NOW THEREFORE, the parties stipulate that, subject to Court approval, the hearing on
13  Defendant's Motion to Dismiss shall be re-set to February 19, 2015 at 1:30 p.m., or as soon
14  thereafter as the Court may order.

15  IT IS SO STIPULATED.

17  DATED: February 2, 2015          **PEARSON, SIMON & WARSHAW, LLP**

19                                   By:  */s/ Daniel L. Warshaw*
                                            DANIEL L. WARSHAW
20                                   Attorneys for Plaintiffs

22  DATED: February 2, 2015          **GIBSON, DUNN & CRUTCHER LLP**

24                                   By:  */s/ Christopher Chorba*
                                            CHRISTOPHER CHORBA
25                                   Attorneys for Defendant

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

862106.1                         2                         C 14-0478-EMC
STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING ON DEFENDANT PEPSICO, INC.'S
MOTION TO DISMISS

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Daniel L. Warshaw, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 2, 2015           **PEARSON, SIMON & WARSHAW, LLP**


                                   By:   */s/ Daniel L. Warshaw*
                                              DANIEL L. WARSHAW

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

862106.1                           3                           C 14-0478-EMC
STIPULATION AND [PROPOSED] ORDER RE-SETTING HEARING ON DEFENDANT PEPSICO, INC.'S MOTION TO DISMISS

PEARSON, SIMON & WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**ORDER**

Having considered the parties' stipulation, the Court hereby orders that the hearing on Defendant PepsiCo, Inc.'s Motion to Dismiss Plaintiffs' Consolidated Amended Complaint is re-set to February 19, 2015 at 1:30 p.m.  The previously scheduling hearing date of February 12, 2015 for Defendant's Motion to Dismiss is vacated.

IT IS SO ORDERED.

DATED: _____2/4/15_____    _____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Edward M. Chen