GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
ATulumello@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
LAUREN M. BLAS, SBN 296823
LBlas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ARNOLD & PORTER LLP
TRENTON H. NORRIS, SBN 164781
Trent.Norris@aporter.com
SARAH ESMAILI, SBN 206053
Sarah.Esmaili@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant PepsiCo, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>PEPSICO, INC.,<br><br>        Defendant. | Case No. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT PEPSICO, INC. TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), Defendant PepsiCo, Inc. and Plaintiffs Mary Hall,
2  Kelly Ree, and Kent Ibusuki hereby stipulate to extend the time for Defendant to serve its Answer
3  to Plaintiffs' Consolidated Amended Complaint (Dkt. 68) by twenty-one days, from June 19,
4  2015, to July 10, 2015.  This extension will not alter the date of any event or deadline fixed by any
5  Court order.  Further, nothing in this Joint Stipulation waives or alters any of the parties'
6  substantive rights.

8  DATED: June 12, 2015                             PEARSON, SIMON & WARSHAW, LLP

9                                                  By:  /s/ Daniel L. Warshaw
                                                        DANIEL L. WARSHAW

   *Interim Co-Lead Counsel for Plaintiffs*

11 DATED: June 12, 2015                             GIBSON, DUNN & CRUTCHER LLP

13                                                 By:  /s/ Christopher Chorba
                                                        CHRISTOPHER CHORBA

   *Attorneys for Defendant PepsiCo, Inc.*

15  IT IS SO ORDERED:

16  _____
    Edward M. Chen
17  U.S. District Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

---

1
JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT PEPSICO, INC.
TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No. 14-CV-00478

**FILER'S ATTESTATION**

I, Christopher Chorba, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT PEPSICO, INC. TO ANSWER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**. I hereby attest that the counsel listed above concur in this filing.

DATED:  June 12, 2015                                  */s/ Christopher Chorba*
                                                                              CHRISTOPHER CHORBA