1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8                        SAN FRANCISCO DIVISION

9  | STACY SCIORTINO *et al.*,        | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023
10 |            Plaintiffs,
11 |       v.                         | **PUTATIVE CLASS ACTION**
12 | PEPSICO, INC.,                   | **[PR~~OP~~OSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**
13 |            Defendant.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **[PR~~OP~~OSED] ORDER**

2   Having considered the parties' Joint Stipulation to Continue Case Management

3 Conference, and good cause appearing, the Court hereby ORDERS that the Case Management

4 Conference currently scheduled for July 2, 2015, shall be continued to July 16, 2015. /The parties    *at 10:30 a.m.*

5 shall file their Joint Case Management Statement no later than July 9, 2015.

7   IT IS SO ORDERED.

9 DATED: __6/12/15__

*[Signature stamp: IT IS SO ORDERED AS MODIFIED, Judge Edward M. Chen, United States District Court, Northern District of California]*