GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
ATulumello@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
LAUREN M. BLAS, SBN 296823
LBlas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ARNOLD & PORTER LLP
TRENTON H. NORRIS, SBN 164781
Trent.Norris@aporter.com
SARAH ESMAILI, SBN 206053
Sarah.Esmaili@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant PepsiCo, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PEPSICO, INC.,<br><br>　　　　Defendant. | Case No. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT STIPULATION REGARDING PROPOSED CASE SCHEDULE THROUGH CLASS CERTIFICATION** |

JOINT STIPULATION RE: PROPOSED CASE SCHEDULE THROUGH CLASS CERTIFICATION
Case No. 14-CV-00478

Pursuant to this Court's order during the Case Management Conference on July 16, 2015, Defendant PepsiCo, Inc. and Plaintiffs Mary Hall, Kelly Ree, and Kent Ibusuki hereby stipulate to and propose the following case schedule through class certification. Nothing in this Joint Stipulation waives or alters any of the parties' substantive rights, and the parties acknowledge that PepsiCo expressly reserves its right to move for leave to file a motion for summary judgment before or after Plaintiffs' Motion for Class Certification.

| Action | Date |
| --- | --- |
| Plaintiffs' Class Certification Expert Disclosures | October 1, 2015 |
| Deadline to participate in private mediation (pursuant to Civil Local Rule 16-8) | October 7, 2015 |
| Deadline to file Updated Joint CMC Statement | October 29, 2015 |
| Defendant's Class Certification Expert Disclosures | November 1, 2015 |
| Plaintiffs' Motion for Class Certification (including all supporting evidence and any expert reports) | November 2, 2015 |
| Further Case Management Conference | November 5, 2015, at 10:30 a.m. |
| Defendant's Opposition to Plaintiffs' Motion for Class Certification (including all supporting evidence and any expert reports) | December 18, 2015 |
| Plaintiffs' Reply in Support of Motion for Class Certification (including all rebuttal evidence and expert reports supporting the reply) | January 28, 2016 |
| Hearing on Plaintiffs' Motion for Class Certification | February 18, 2016, at 1:30 p.m. |
| Global Fact Discovery Cut-off | May 18, 2016 |

| | | |
|---|---|---|
| 1 | DATED:  July 27, 2015 | PEARSON, SIMON & WARSHAW, LLP |
| 2 | | By: _____/s/ Daniel L. Warshaw_____ |
| 3 | | DANIEL L. WARSHAW |
| | | *Interim Co-Lead Counsel for Plaintiffs* |
| 4 | DATED:  July 27, 2015 | GIBSON, DUNN & CRUTCHER LLP |
| 5 | | |
| 6 | | By: _____/s/ Christopher Chorba_____ |
| 7 | | CHRISTOPHER CHORBA |
| | | *Attorneys for Defendant PepsiCo, Inc.* |

**FILER'S ATTESTATION**

I, Christopher Chorba, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION REGARDING PROPOSED CASE SCHEDULE THROUGH CLASS CERTIFICATION**.  I hereby attest that the counsel listed above concur in this filing.

DATED:  July 27, 2015

*/s/ Christopher Chorba*
CHRISTOPHER CHORBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.,<br><br>Defendant. | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**[PR~~OPO~~SED] ORDER GRANTING JOINT STIPULATION REGARDING PROPOSED CASE SCHEDULE THROUGH CLASS CERTIFICATION** |

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation Regarding Proposed Case Schedule through Class Certification, and good cause appearing, the Court hereby GRANTS the stipulation and sets the following deadlines:

1. Plaintiffs shall serve their class certification expert disclosures on or before October 1, 2015.
2. The parties shall participate in private mediation (pursuant to Civil L.R. 16-8) no later than October 7, 2015.
3. The parties shall file an updated case management statement on or before October 29, 2015, in advance of the further case management conference scheduled for November 5, 2015, at 10:30 a.m.
4. Defendant shall serve its class certification expert disclosures on or before November 1, 2015.
5. Plaintiffs shall file and serve their motion for class certification, including all supporting evidence and expert reports, on or before November 2, 2015.
6. Defendant shall file and serve its opposition to Plaintiffs' motion for class certification, including all supporting evidence and expert reports, on or before December 18, 2015.
7. Plaintiffs shall file their reply in support of their motion for class certification, including all rebuttal evidence and expert reports supporting the reply, on or before January 28, 2016.
8. Plaintiffs' motion for class certification shall be set for hearing on February 18, 2016, at 1:30 p.m.
9. Fact discovery shall end no later than May 18, 2016.

IT IS SO ORDERED.

DATED: 7/28/15

_____
The Honorable
United States
Judge Edward M. Chen

IT IS SO ORDERED