UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>PEPSICO, INC.,<br><br>           Defendant. | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**[P~~ROP~~OSED] ORDER GRANTING JOINT STIPULATION REGARDING MEDIATION AND CONTINUATION OF CLASS CERTIFICATION DEADLINES** |

...

1. **[P~~ROP~~OSED] ORDER**

2. Having considered the parties' Joint Stipulation Regarding Mediation and Continuation of
3. Class Certification Deadlines, and good cause appearing, the Court hereby GRANTS the
4. stipulation and sets the following deadlines:

5. 1. All deadlines in this action are vacated, and the action is stayed for ninety (90) days,
6. through December 14, 2015; (except for the Motion to Withdraw as Counsel, Docket #119, is rescheduled from 11/9/15 to 10/21/15 at 9:30 a.m.)
7. 2. If the parties' settlement efforts are not successful, the parties shall submit a revised
8. schedule for the Court's review no later than December 21, 2015; and
9. 3. The parties shall provide a joint report on the status of their settlement discussions by no
10. later than November 9, 2015. A Further CMC is reset for November 19, 2015 at 10:30 a.m.

12. IT IS SO ORDERED.

14. DATED: 9/18/15  _____  Edward M. Chen
15. United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

---

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MEDIATION AND CONTINUATION OF CLASS
CERTIFICATION DEADLINES
Case No. 14-CV-00478