UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PEPSICO, INC.,<br><br>　　　　　Defendant. | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION CONTINUING OCTOBER 21 HEARING DATE** |

**ORDER**

Having considered the parties' Joint Stipulation Continuing October 21 Hearing Date, and good cause appearing, the Court hereby ORDERS that the hearing on Plaintiff's motion to withdraw (docket no. 119) and Defendant's cross-motion to dismiss Plaintiff Ree (docket no. 125) are both continued to December 3, 2015 at 1:30 p.m..

IT IS SO ORDERED.

DATED: October 2, 2015   _____
The Honorable Edward M. Chen
United States District Court Judge