UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SCIORTINO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.,<br><br>Defendant. | Case No. 14-cv-00478-EMC<br><br>**ORDER GRANTING PLAINTIFFS' INTERIM CO-LEAD COUNSEL'S MOTION FOR LEAVE TO WITHDRAW; ORDER DEFERRING RULING ON DEFENDANT'S MOTION TO DISMISS; AND ORDER TO SHOW CAUSE**<br><br>Docket Nos. 119, 125 |

Currently pending before the Court are two motions: (1) Plaintiffs' Interim Co-Lead Counsel's motion for leave to withdraw as counsel for Plaintiff Kelly Ree and (2) Defendant PepsiCo's motion to dismiss Ms. Ree as a plaintiff from this case. Having considered the papers submitted (no papers have been filed by Ms. Ree), the Court finds the matter suitable for disposition on the papers and therefore **VACATES** the hearing set for December 7, 2015. The Court hereby rules as follows.

A.  Motion to Withdraw

Plaintiffs' Interim Co-Lead Counsel's motion for leave to withdraw is **GRANTED**. Counsel has established an adequate basis for its request to withdraw. Ms. Ree was given notice of the motion, *see* Docket No. 128 (proof of service), but has not filed any opposition thereto.

**If Counsel has any additional or updated contact information for Ms. Ree, it shall immediately provide that information to the Court.**

B.  Motion to Dismiss and Order to Show Cause

Based on the same basic circumstances that led to the above motion to withdraw (*e.g.*, Ms.

Ree's failure to provide discovery responses), PepsiCo has asked the Court to dismiss Ms. Ree, without prejudice, as a plaintiff from the case. PepsiCo contends that, "[a]t a minimum, an order asking Ms. Ree to show cause why her claims should not be dismissed is appropriate to ensure that this action continues to be litigated in a timely and orderly fashion." Mot. at 3. In the alternative, PepsiCo asks the Court to strike Ms. Ree as a putative class representative, if only because a pro se litigant cannot represent a class. *See, e.g.*, *Rudgayzer v. Yahoo! Inc.*, No. 5:12-CV-01399 EJD, 2012 U.S. Dist. LEXIS 161302, at *11 (N.D. Cal. Nov. 9, 2012) (noting that "[c]ourts have generally concluded that a purported class representative who proceeds pro se violates [Rule 23's] test of adequacy of representation; in order words, a pro se plaintiff cannot represent a class in a class action").

The Court agrees that Ms. Ree cannot be a putative class representative in the case in light of her current pro se status. But, as PepsiCo argues, it is not clear that she should be a plaintiff in this case. Ms. Ree's continued status as a plaintiff in this case is also troubling in light of the fact that PepsiCo gave her notice of its motion to dismiss, *see* Docket Nos. 126-27 (proofs of service), but she has filed no opposition in response. Out of an abundance of caution, however, the Court shall issue an order to show cause rather than dismiss Ms. Ree outright.

**More specifically, the Court hereby orders Ms. Ree to show cause as to why she should not be dismissed, without prejudice, as a plaintiff from this case. Ms. Ree shall file her response to this order within three weeks of the date of this order. If no response is filed by this date, then the Court shall dismiss her as a plaintiff.**

To be clear, however, if the Court does dismiss Ms. Ree as a plaintiff, that will have no effect on her status as a putative class member, including but not limited to her right to statute-of-limitations tolling. **If PepsiCo takes issue with this approach, then it shall file a brief addressing the issue within three weeks of the date of this order.**

Because of this order to show cause, the Court **DEFERS** ruling on PepsiCo's motion to dismiss.

**The Clerk of the Court shall serve a copy of this order on Kelly Ree at the following address: 3213 Larkspur Street, Tustin, CA 92782, (213) 386-1875, kellysree@aol.com.**

**Plaintiffs' Interim Co-Lead Counsel is also instructed to immediately give notice of this order to Ms. Ree.**

This order disposes of Docket Nos. 119 and 125.

**IT IS SO ORDERED**.

Dated: November 30, 2015

_____
EDWARD M. CHEN
United States District Judge