UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SCIORTINO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PEPSICO, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-00478-EMC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF REE**<br><br>Docket No. 125 |

　　　　Previously, the Court issued an order instructing Plaintiff Kelly Ree to show cause as to why she should not be dismissed, without prejudice, as a plaintiff from this case. Ms. Ree has failed to respond. Accordingly, the Court hereby **GRANTS** Defendant PepsiCo Inc.'s motion to dismiss Ms. Ree as a plaintiff from this case. As the Court previously indicated, this ruling does not have any effect on Ms. Ree's status as a putative class member.

　　　　This order disposes of Docket No. 125.

　　　　**IT IS SO ORDERED**.

Dated: January 4, 2016

_____
EDWARD M. CHEN
United States District Judge