GIBSON, DUNN & CRUTCHER LLP
ANDREW S. TULUMELLO, SBN 196484
ATulumello@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
CChorba@gibsondunn.com
LAUREN M. BLAS, SBN 296823
LBlas@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

ARNOLD & PORTER LLP
TRENTON H. NORRIS, SBN 164781
Trent.Norris@aporter.com
SARAH ESMAILI, SBN 206053
Sarah.Esmaili@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: 415.471.3100
Facsimile: 415.471.3400

*Attorneys for Defendant PepsiCo, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC.,<br><br>Defendant. | Case No. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**JOINT REPORT IN ADVANCE OF FURTHER CASE MANAGEMENT CONFERENCE** ; ORDER RESETTING CMC<br><br>Further Case Management Conference<br>Date:     January 14, 2016<br>Time:    10:30 a.m. |

JOINT REPORT IN ADVANCE OF FURTHER CASE MANAGEMENT CONFERENCE
Case No. 14-CV-00478

1  Pursuant to the Court's orders dated September 18, 2015 (Dkt. No. 124) and November 30, 2015 (Dkt. No. 134), the parties provide a brief report and update to the Court in advance of the further Case Management Conference scheduled for January 14, 2016.  After an in-person mediation before the Hon. Ronald M. Sabraw (Ret.) on November 3, 2015, and several follow-up discussions, the parties were able to reach a settlement-in-principle in this case.  The parties are in the process of preparing a written settlement agreement and motion for preliminary approval of the settlement, which they intend to submit to the Court within sixty (60) days, and they respectfully request that the Court continue the existing stay of all case management deadlines.

DATED:  December 28, 2015             PEARSON, SIMON & WARSHAW, LLP

                                      By:      /s/ Daniel L. Warshaw
                                              DANIEL L. WARSHAW
                                      *Interim Co-Lead Counsel for Plaintiffs*

DATED:  December 28, 2015             GIBSON, DUNN & CRUTCHER LLP

                                      By:      /s/ Christopher Chorba
                                              CHRISTOPHER CHORBA
                                      *Attorneys for Defendant PepsiCo, Inc.*

```
IT IS SO ORDERED that the Further CMC is
reset from 1/14/16 to 3/24/16 at 10:30 a.m.
An updated joint CMC statement shall be
filed by 3/17/16.
_____
Edward M. Chen
U.S. District Judge
```

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**FILER'S ATTESTATION**

I, Christopher Chorba, am the ECF user whose identification and password are being used to file this **JOINT REPORT IN ADVANCE OF CASE MANAGEMENT CONFERENCE**. I hereby attest that the counsel listed above concur in this filing.

DATED: December 28, 2015                    /s/ *Christopher Chorba*
                                             CHRISTOPHER CHORBA