UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>PEPSICO, INC.,<br><br>   Defendant. | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE** |

1  **[PROP~~OS~~ED] ORDER**

2  Having considered the parties' Joint Status Report and Stipulation to Continue Further

3  Case Management Conference, and good cause appearing, the Court hereby ORDERS that the

4  further case management conference currently scheduled for March 24, 2016 at 10:30 a.m. is

5  continued to May ~~19~~ 26, 2016, at 1:30 p.m., the same day as the hearing on the parties' motion for

6  preliminary approval of their settlement.

8  IT IS SO ORDERED.

10  DATED: _March 21, 2016_ _____

11  *[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]*

    Edward M. Chen
    United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. 14-CV-00478