1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STACY SCIORTINO *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PEPSICO, INC.,<br><br>　　　　Defendant. | CASE NO. 14-CV-478-EMC, *consolidated for pretrial purposes with* Case Nos. 14-713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2023<br><br>**PUTATIVE CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation To Continue Hearing Date For Motion For Preliminary Approval Of Settlement, and good cause appearing, the Court hereby ORDERS that the hearing date on Plaintiffs' Motion for Preliminary Approval (to be filed on April 21, 2016) and Further Case Management Conference is continued from May 26, 2016, at 1:30 p.m., to June 9, 2016, at 1:30 p.m.

IT IS SO ORDERED.

DATED: April 21, 2016

_____
Edward M. Chen
United States District Court Judge

*IT IS SO ORDERED — Judge Edward M. Chen (signature stamp, United States District Court, Northern District of California)*

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
Case No. 14-CV-00478