1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11  STACY SCIORTINO, *et al.*, on behalf of themselves and all others similarly situated,<br><br>12<br>           Plaintiffs,<br>13<br>       v.<br>14<br>PEPSICO, INC., a North Carolina Corporation,<br>15<br>16           Defendant. | CASE NO. C 14-0478-EMC<br><br>*Consolidated with* Nos. 14-0713, 14-1099, 14-1105, 14-1192, 14-1193, 14-1316, 14-2020, 14-2023<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD** |

17
18
19
20
21
22
23
24
25
26
27
28

1    The Court, having reviewed Plaintiff Mary Hall's ("Plaintiff") Motion for Award of
2  Attorneys' Fees, and Expenses and for Incentive Compensation Award, the pleadings and other
3  papers on file in this action, and the statements of counsel and the parties, hereby finds that
4  Plaintiff's motion is GRANTED.
5  NOW, THEREFORE, IT IS HEREBY ORDERED THAT:
6    1.    The Court, for purposes of this Order, adopts the terms and definitions set forth in
7  the Class Action Settlement Agreement dated April 19, 2016 ("Settlement Agreement").
8    2.    The Court finds that Class Counsel, Pearson, Simon & Warshaw, LLP ("PSW")
9  and Glancy Prongay & Murray LLP ("GPM"), incurred $35,424.90 in reasonable costs and
10 expenses in prosecuting this litigation as of the date they filed their Motion for Award of
11 Attorneys' Fees, and Expenses and for Incentive Compensation Award.  The Court finds that these
12 costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and
13 were necessary given the complex nature and scope of the case.  Accordingly, the Court approves
14 a payment to PSW and GPM in the amount of their total costs and expenses incurred to reimburse
   them for such costs and expenses.
15   3.    The Court has confirmed the reasonableness of Plaintiff's fee request by
16 conducting a lodestar cross-check.  The Court finds that Plaintiff's reasonable lodestar as of the
17 date they filed their Motion for Award of Attorneys' Fees, and Expenses and for Incentive
18 Compensation Award was $829,583.50.  Accordingly, Plaintiff's requested fee award of
19 $464,575.10 ($500,000 minus $35,424.90 in expenses) represents a negative multiplier of 0.56
20 based on their current hourly rates.  This multiplier is within the range of multipliers awarded in
21 similar complex, class action cases and is well-justified here, given the novelty and difficulty of
22 this litigation, counsel's skillful handling of the difficult factual and legal issues presented, the
23 significant contingent risks in this case, and the quality of the result achieved.
24   4.    The Court further approves an incentive award of $4,000 to Plaintiff and class
25 representative Mary Hall.  The incentive award is justified by: (1) the risk to the class
26 representative in commencing suit, both financial and otherwise; (2) the amount of time and effort
27 spent by the class representative in this case; and (3) the duration of the litigation.
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND
INCENTIVE AWARD
CASE NO. C 14-0478-EMC
1

5. The attorneys' fees, costs and incentive awards set forth in this Order shall be paid by Defendant Pepsico, Inc. in accordance with the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: 8/30, 2016



_____
Honorable Ed...
United States D...