UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY SCIORTINO, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>PEPSICO, INC.,<br><br>        Defendant. | Case No. 14-cv-00478-EMC<br><br>**JUDGMENT** |

On August 30, 2016, the Court granted Plaintiffs' Motion for Settlement (Docket 162.) Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in according with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 30, 2016

_____
EDWARD M. CHEN
United States District Judge